11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

New York, NY · Southport, CT

www.tisdale-law.com

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

[Stamp: RECEIVED AUG 6 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/6/08]

August 6, 2008

*Via Facsimile 212-805-7924*
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

MEMO ENDORSED

Re:  Mercuria Energy Trading S.A. v. Saje Shipping (Nigeria) Ltd.
     Docket Number: 08 Civ. 3744
     Our Reference Number: 08-1861

Honorable Sir:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 22, 2008 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. Despite the face that we have attached $73,850.00 of the Defendant's funds in this matter, the Defendant has not appeared.

As the undersigned will be out of the office the week of August 11, 2008 as well as the later part of August, we respectfully request a 30-day adjournment of the initial pre-trial conference scheduled for August 14, 2008. We will continue to serve the Writ of Attachment in order to further secure Plaintiff's claim and obtain jurisdiction over the Defendant. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

Claurisse Campanale-Orozco

*[Handwritten endorsement:]* The conference is adjourned to Sept. 26, 2008, at 12:30 p.m.

SO ORDERED 8/6/08

dk

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.